UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALE,<br><br>        Plaintiff,<br><br>v.<br><br>B. MORRIS CORRECTIONAL CAPTAIN; L. GONZALEZ CORRECTIONAL OFFICER; J. PAYNE CORRECTIONAL SERGEANT; BUSTOS CORRECTIONAL OFFICER; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendants. | Case No.  09-CV-01302-H-RBB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT WITNESS DESIGNATION DEADLINES AND PERMIT DEFENDANTS TO AMEND THEIR DESIGNATION TO DESIGNATE RETAINED EXPERT WITNESS** [ECF No. 52]<br><br>Judge:   Ruben B. Brooks |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the stipulation to continue the expert witness designation, report and discovery dates, as follows:

1.  The date by which defendants must serve their expert witness designation shall be continued from December 3, 2010 to January 3, 2011, and defendants will be permitted to serve an amended Designation of Expert Witness Information which lists Mr. Robert Borg as a retained expert.

///

2.    Defendants must serve a written report prepared by Mr. Borg by January 17, 2011.

3.    The date by which expert discovery is to be completed shall be continued from December 30, 2010 to January 31, 2011.

No other dates shall be affected by the issuance of this order.

IT IS SO ORDERED.

Dated: December 23, 2010

                                                                            
Honorable Ruben B. Brooks
United States District Court